IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   TIFFANY BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. CIV-18-115-D |
| v. | ) | |
| | ) | |
| (1)   WILLOW WALK APTS., LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, TIFFANY BROWN, by and through her attorneys of record, and pursuant to FRCP 41 hereby dismisses the above-styled and numbered cause against Defendant, WILLOW WALK APTS., LLC, without prejudice.

Dated this 15th day of March, 2018.

Respectfully submitted,

S/Jeff Taylor
Jeff A. Taylor
State Bar No. 17210
The Offices at Deep Fork Creek
5613 N. Classen Blvd.
Oklahoma City, OK  73118
Telephone:   (405) 286-1600
Facsimile:   (405) 842-6132

ATTORNEYS FOR PLAINTIFF